UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.

                                Case No.  2:18-cv-03133-HB

HEI HOTELS L.L.C.,
a Delaware Limited Liability Company,

        Defendant.

_____/

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to execution of settlement documents and receipt of settlement funds, and hereby requests:

1.    The Plaintiff requests that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within 45 (45) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice with the Court retaining Jurisdiction to Enforce the Terms of the Settlement Agreement. or, on good cause shown, to re-open the case for further proceedings.

Dated:  October 26, 2018             Respectfully submitted,

                                             */s/  Lawrence A. Fuller*
                                             Lawrence A. Fuller, Esq., *pro hac vice*
                                             Fuller, Fuller & Associates, P.A.
                                             12000 Biscayne Boulevard, Suite 502
                                             North Miami, FL  33181
                                             Telephone:  305.891.5199
                                             Facsimile:   305.893.9505
                                             lfuller@fullerfuller.com

        and
David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossito
600 Easton Road
Willow Grove, PA  19090
Telephone:  215.496.2902
Facsimile:   215.564.2879
ddessen@dms-lawyer.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of October, 2018, the foregoing was filed via the Court's CM/ECF system, which will automatically notice counsel for Defendant, Eric C. Janson, Esq., ejanson@seyfarth.com, Seyfarth Shaw LLP, 975 F Street, NW, Washington, DC 20004.

*/s/  Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF 5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
Lfuller@fullerfuller.com

Co-Counsel for Plaintiff