UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.

                              Case No. 2:18-cv-03133-HB

HEI HOTELS L.L.C.,
a Delaware Limited Liability Company,

        Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

DATED: November 30, 2018                Respectfully submitted,

**ATTORNEYS FOR PLAINTIFF:**

*/s/ signature/*

Lawrence A. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
305-891-5199
lfuller@fullerfuller.com

David S. Dessen
Dessen Moses & Rossitto
600 Easton Road
Willow Grove, PA 19090
215-658-1400
ddessen@dms-lawyer.com

**ATTORNEYS FOR DEFENDANT:**

*/s/ signature/*

Eric J. Janson, Esq.
Seyfarth Shaw LLP
975 F St. N.W.
Washington, DC 20004
Telephone: (202) 463-2400
Facsimile: (202) 641-9256
ejanson@seyfarth.com